470 F.2d 1000
 Brodus and Aura PARHAM, Plaintiffs-Appellants,
v.
Sherry Johanne EDWARDS and Marvin E. Turner, Defendants-Appellees.
 No. 72-3001 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 16, 1973.
 
 J. S. Hutto, Brunswick, Ga., for plaintiffs-appellants.
 Anthony D. Smith, Albert Fendig, Jr., Brunswick, Ga., for defendants-appellees.
 Before GEWIN, AINSWORTH and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 For reasons sufficiently stated by the District Court, 346 F.Supp. 968 (S.D. Georgia 1972), the judgment is affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I